# PULMAN, CAPPUCCIO, PULLEN, BENSON & JONES, LLP

## ATTORNEYS & COUNSELORS

LANCE H. "LUKE" BESHARA
(817) 289-3515
LBESHARA@PULMANLAW.COM

300 BURNETT STREET, SUITE 150
FORT WORTH, TEXAS 76102
WWW.PULMANLAW.COM
TELEPHONE: (817) 289-9494
FACSIMILE: (817) 870-9852

OFFICE LOCATIONS:
SAN ANTONIO
DALLAS / FORT WORTH
AUSTIN

April 28, 2015

***Via USPS First-Class Mail:***
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:     *Jack Rettig v. Ronald E. Bruno, et al.*; Cause No. 2015CVQ000699 D2; in the 111th Judicial District Court, Webb County, Texas.

Dear Clerk of the Court:

Defendant Patrick Mendoza's Premature Notice of Appeal was e-filed on April 27, 2015, a copy of which is enclosed. Per the Court's request, please find the following enclosed: (1) a copy of Defendant Patrick Mendoza's Premature Notice of Appeal; and (2) a $195.00 check for payment of filing fee. The appeal is not yet ripe because there remains pending a post-judgment motion.

Please contact me if you have any questions. Thank you.

Sincerely,

Lance H. "Luke" Beshara

Enclosures

cc:   ***Via Email (without enclosures):***
C.M. Henkel, III
Jana K. Terry
Carlos Evaristo Flores

4-15-2669-CW

2015 APR 30 AM 11:06

CAUSE NO. 2015CVQ000699 D2

| | | |
|---|---|---|
| JACK RETTIG, | § | IN THE DISTRICT COURT |
| PLAINTIFF, | § | |
| | § | |
| V. | § | 111TH JUDICIAL DISTRICT |
| | § | |
| RONALD E. BRUNO, ET AL., | § | |
| DEFENDANTS. | § | WEBB COUNTY, TEXAS |

## PATRICK MENDOZA'S PREMATURE NOTICE OF APPEAL

TO THE HONORABLE JUDGE MONICA Z. NOTZON:

NOW COMES Patrick Mendoza ("Mendoza") and files this Premature Notice of Appeal pursuant to TEX. R. APP. P. 25 and 27, respectfully showing unto the Court the following:

1.      On February 25, 2015, the Webb County District Clerk docketed the application of Plaintiff Jack Rettig to domesticate a foreign judgment under the Uniform Enforcement of Foreign Judgment Act, TEX. CIV. PRAC. & REM. CODE § 35.001 *et seq.* (the "UEFJA"). Under the UEFJA, this filing comprised both an original petition and a final judgment.

2.      On March 6, 2015, Mendoza filed his Motion to Vacate Judgment and/or Stay Enforcement in the Webb County Domestication Suit, and on March 27, 2015, Mendoza filed his First Amended Motion to Vacate Judgment and/or Stay Enforcement (the "Motion"). This motion is akin to a motion for new trial and has not yet been heard or ruled upon.

3.      Subject to and without waiving the Motion, Mendoza file this Notice of Appeal prematurely as permitted by Tex. R. App. P. 27 and hereby appeals to the Fourth Court of Appeals the Texas judgment that was entered by virtue of the UEFJA.[1]

---

[1] Meendoza files this Notice of Appeal prematurely because the plaintiff has filed a motion with a Louisiana federal court requesting that federal court issue a preliminary injunction to prevent Mendoza from defending this lawsuit. If the preliminary injunction is granted, then Mendoza may be forced to sit idly by while the trial court's plenary jurisdiction expires, and the period to notice an appeal expires.

WHEREFORE, PREMISES CONSIDERED, Defendant files this Notice of Appeal for purposes of obtaining appellate review and requests the Court and all parties take due notice.

Respectfully submitted,

PULMAN CAPPUCCIO
PULLEN BENSON & JONES, LLP
2161 N.W. Military Hwy., Suite 400
San Antonio, Texas 78213
(817) 289-9494 Telephone
(817) 870-9852 Facsimile

By: /s/ Lance H. "Luke" Beshara
Randall A. Pulman
Texas State Bar No.
rpulman@pulmanlaw.com
Lance H. "Luke" Beshara
Texas State Bar No. 24045492
lbeshara@pulmanlaw.com
Brandon L. Grubbs
Texas State Bar No. 24072130
bgrubbs@pulmanlaw.com

ATTORNEYS FOR PATRICK MENDOZA

## CERTIFICATE OF SERVICE

I hereby certify that on the 27ᵗʰ day of April, 2015, a true and correct copy of the above and foregoing Premature Notice of Appeal has been transmitted in accordance with the requirements of the TEXAS RULES OF CIVIL PROCEDURE, addressed as follows:

*Via Email or E-File Service*:
C.M. Henkel, III
FRITZ, BYRNE, HEAD & HARRISON, P.L.L.C.
500 N. Shoreline Drive, Suite 901
Corpus Christi, Texas 78401

*Via Email or E-File Service*:
Jana K. Terry
BECKSTEAD TERRY P.L.L.C.
9442 N. Capital of Texas Hwy.
Arboretum Plaza One, Suite 500
Austin, Texas 78759

*Via Email or E-File Service*:
Carlos Evaristo Flores
PERSON WHITWORTH
 BORCHERS & MORALES, L.L.P.
602 East Calton Road, 2ⁿᵈ Floor
P.O. Drawer 6668
Laredo, Texas 78042-6668

_/s/ Lance H. "Luke" Beshara_____
Lance H. "Luke" Beshara/Brandon L. Grubbs

− 3 −